**Sergio Augusto Jolon FORONDA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 08–70499.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 28, 2011.

Judith L. Wood, Esquire, Law Offices of Judith L. Wood & Jesse A. Moorman, Los Angeles, CA, for Petitioner.

<hr/>

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Oil, Timothy Bo Stanton, Francis William Fraser, I, Esquire, Senior Litigation Counsel, Susan Houser, DOJ–U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Sergio Augusto Jolon Foronda, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen and review de novo ineffective assistance of counsel claims. *Mohammed v. Gonzales*, 400 F.3d 785, 791–92 (9th Cir.2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Foronda's motion to reopen because it was untimely, *see* 8 C.F.R. § 1003.2(c)(2), Foronda failed to demonstrate changed country conditions to qualify for the regulatory exception to the time limit, *see* 8 C.F.R. § 1003.2(c)(3)(ii), and Foronda failed to establish that the alleged ineffective assistance may have affected the outcome of his proceedings, *see Rojas–Garcia v. Ashcroft*, 339 F.3d 814, 826 (9th

<hr/>

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Cir.2003) (to prevail on an ineffective assistance of counsel claim a petitioner must demonstrate prejudice).

The government's motion to strike is denied.

**PETITION FOR REVIEW DENIED.**